# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-1922

_____

JAMES WESLEY,

Appellant,

v.

RICKY D. DIXON, Secretary,
Florida Department of
Corrections,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

May 8, 2024

PER CURIAM.

AFFIRMED.

KELSEY, WINOKUR, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

James Wesley, pro se, Appellant.

Ashley Moody, Attorney General, and Sheron Wells, Assistant Attorney General, Tallahassee, for Appellee.